Case No: 1:20-CV-00001-REB   Inmate Name: Williams, Kent
Date: 8/28/20   Inmate IDOC#: 119473
Document Title: Emergency TRO
Total Pages: 2   Inmate Initials Verifying Page Count: ___
Document(s) 1 of 1

Kent Williams
119473-ISCC
Po Box 70010
Boise Idaho 83707

United States District Court
For the District of Idaho

| Kent Williams, Plaintiff, | 01-20-CV-000008-REB |
|---|---|
| V. | EMEGENCY TRO; Sanctions |
| Ass. Warden McKay, etal, Defendants. | Plaintiff to be brought before the court. Injunction preventing Defendants (IDOC) Denying Plaintiff access to this or any court |

Plaintiff, Kent Williams, makes the above and following motion/requests. As stated in the affidavit paper is limited and therefore asks this court to read this situation liberally and to grant all relief it deems proper.

I, Kent Williams, Declare under penalty of perjury that the following is true and correct:

I am currently housed at ISCC in unit A. A segregation unit (for covid corenteen, ad-seg, disciplinary inmates, etc).

Since July 11, 2020 I have been completely (litterally) cut off from and denied access to the courts (attorneys, courts. Nothing) by the two defendant of this action: christensen and mcKay;

Wardens,

Since July 11th I have only been allowed (Paper and Pen wise) to have staff take my dictated concern forms. Since the 11th I have had sent almost daily demands to access the court and a demand for an explination, and notification as to when I will again be allowed to "access" the courts. Christensen and McKay refuse to respond.

Only recently have I been allowed to receive legal mail (Document 28. sent 7-28-20. I received it 8-19-20) But can not reply to it. (no mailing, pen or paper allowed - except T.P.). I have also been denied the ability to keep active my criminal appeal. It appears my post conviction has defaulted and I can't even file an "intent to appeal" cv 01-18 20013.

On 8-21-20 I stopped the ISCC paralegal appraising her of the situation (I sent a concern form to her two weeks earlier. She said she did not receive it!) And asked if she can assist in me getting legal writs mailed. On 8-25-20 she stopped by and said "D.W. McKay (Defendant) said no. I am not permitted to contact the court or any out side person. I am to be totally isolated.

I have done noting to justify this unprecidented action. I believe it is retalitory for this law suit. These two pieces of paper were given to me by a sympathetic person. I was not allowed them. I will have this put in the "legal mail" box (resource center & paralegals) in hopes it puts some one on the spot and gets E-Filed.

Please Help me Judge. I am scared.
Kent Williams   8-27-20
Kent Williams