UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X)   <u>TELEPHONE PENDING MOTION HEARING</u>

<u>Presiding Judge: RONALD E. BUSH</u>

Deputy Clerk/ESR: Lynette Case
Date: OCTOBER 5, 2020                CV. 20-08-S-REB
Boise, Idaho
2-3 pm


<u>KENT WILLIAMS</u>,                                      not appearing,
          Plaintiff,                          Plaintiffs Counsel,
vs.

<u>DEPUTY   WARDEN   McKAY</u>,                      Brady   Hall,
          Defendant.                       Attorney for Defendant,


<u>MOTION:</u>
Court reviewed the record.
Mr. Hall advised how he set up this call for today's hearing and affidavits were filed in the record to that fact.  Today, IDOC advised Mr. Hall that Mr. Williams elects not to participate in today's hearing, as discussed on the record.

Mr. Hall called Lt. Bobby Maddox participating via phone from IDOC as a witness. Clerk placed Lt. Maddox under oath.

Court heard argument from counsel.

1-Plaintiff's Motion for Emergency Temporary Restraining Order (DOC.29): UNDER ADVISEMENT.


<u>Court shall enter an Order in due course.</u>