Case No: 1:20-CV-00008-REB   Inmate Name: Williams, Kent
Date: 10/19/20   Inmate IDOC#: 119473
Document Title: Concern Form 1
Total Pages: ____   Inmate Initials Verifying Page Count: ____
Document(s) 1 of 2

## IDAHO DEPARTMENT OF CORRECTION
### Inmate Concern Form

Inmate Name: KENT WILLIAMS   IDOC Number: 119473
Institution, Housing Unit, & Cell: ISCC A-UNIT   Date: 10-19-2020
To: ISCC PARALEGAL - PLEASE E-FILE 1:20-CV-00008-REB
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: A LT. MADDOX HAS ANSWERD SOME C.F.'s SAYING I REFUSED A SCRIB. FALSE. (NOR CAN HE TELL ME THE PROPOSED PROCEDURE FOR ALL OF WHAT IT WOULD TAKE, BECAUSE I WAS NEVER OFFERED - ANY ACCESS. AND GRIEVANCE 2000 1532 SAYS I WILL NOT BE GIVEN ACCESS WHILE ON S.O.W. PARALEGAL then SENT REPLY CF. SHE IS BEING TOLD NO SCRIBE - NO ASSISTENCE. ONLY WHAT A COURT ORDERS. DONT KNOW WHAT DEFENDANT EVEN FILD W/ CT. LT. MADDOX SAYS I'VE BEEN SEEN READING W/O GLASSES DONT NEED FALSE. PLEASE OPEN EVIDENTIARY PROCEDURES
(Description of the issue must be written only on the lines provided above.)

Inmate signature: I/M ON WATCH

### Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID#: [signature] 10928
Collected/Received: 10.18.2020

Reply: ____

Responding Staff Signature: ____   Associate ID #: ____   Date: ____

Pink copy to inmate (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

This is an exact model and must be produced on three (3)-part NCR paper.