Kent Williams
119473 ISCC
PO Box 70010 Boise, Id.

Case No: 1:20-cv-00008-REB
Date: 11/17/20
Document Title: Emergency TRO
Inmate Name: Williams, Kent
Inmate IDOC#: 119473
Total Pages: 1
Inmate Initials Verifying Page Count: ___
Document(s) 1 of 1

Kent Williams,
    Plaintiff
        v
McKay, et al
    Defendants

1:20-cv-00008-REB

Emergency TRO

United States District Court
   for the District of Idaho

I, Kent Williams, declare.

I am housed at ISCC. I am being denied total access to courts. I only have this one piece of paper. It is court ordered. All other paper is contraband. Since July 10, 2020 I have been cut off from the courts. Up to appx. August 23, 2020 I could receive legal mail. Since then it was simply shown to me that IDOC received it and the unopened envelope was taken away. Now on 11-16-20 a C/O Edmonds told me there is a new directive he is to open the mail and then put it in an open milk crate sitting outside of the cell door I am housed in. He is not allowed to serve it on me (nor am I allowed to have my glasses to even read it) nor am I allowed to respond to it. The legal mail is opened without being served once placed in the bin it is subject to being stolen by inmates out and about, misplaced by any one and subjected to being destroyed by water flooding. My cell has flooded at least 3 times in past 5 weeks, several cells in unit have intentionally flooded (segregation. Disruptive inmates) 2 weeks ago the same area was flooded by a leak in the water closet two cells down. This is an unlawful handling of my legal mail. First, it is not being served but senders do not know. Second it is mishandling my mail. It is a reckless disregard for the important document. It is a confidentiality breach to allow any inmate to acquire and read it. I request court immediately orders IDOC to follow basic rules for serving legal mail, handle it appropriately, allow me to receive it read it with glasses and properly respond to it. Proper writing implements and paper and access to any necessary supporting and relevant legal document I may need. I declare under penalty of perjury

Kent Williams  11-16-2020
Kent Williams

and allow me to be served with any parties answer-order and to be ask to have paper and pen to reply. Pen subject to taking; contraband

(margin right: Amend - order necessary to compel IDOC Please allow to respond to stay Prejudice)