Kent Williams 119473, PO Box 70010 Boise Idaho 83707

United States District Court
For The District of Idaho

Case No: 1:20-CV-00008-REB    Inmate Name: Williams, Kent
Date: 1/19/21    Inmate IDOC#: 119473
Document Title: Motion for Evidentiary Hearing
Total Pages: 2    Inmate Initials Verifying Page Count: ___
Document(s): 1 of 1

Kent Williams,
Plaintiff,
v.
Ass. Warden McKay
etal, Defendants.

Motion for Evidentiary hearing;
Appt. of counsel; Declaration
of Kent Williams. Expidited Review Requested: EMERGENCY!

I, Kent Williams, Declare that any factual claim I assert herein is true:
1-15-21 after returning from shower, for Appox 10 minutes the door sandbag was not put back in place so I was able to "fish" in this raggedy piece of paper. The facts here are not to make a cruel & unusual case, thats for another suit (one filed but went no where because I couldn't be served with (or reply) court instructions. any help here on that Prob?). About Impeachment of Def's claims and Declarations (3 I seen DKT 32, & by accident campbells 2nd decl.)

I have witnesses to call that can prove the treatment-conditions described prior and here are unheard of - est retaliation, coersion, etc not a legit. safety concern there. They are guards who can (and will) only testify if ct. ordered. Documents. my ops orders are one of a kind, Def can not produce other similar. Flex Pen and Paper is standard ish for suicide close ops I/m. I actually submitted that one paper as exhibit. But cant get paper to write Atty, etc, etal. I've been showing how slowly they take things from me when I show ct. it debunks claims. So turns out I had been on Toothbrush & paste modifications since early Nov. Unit staff just ignored the deplorable order - got new staff in. I could only have Brush with T.P already applied for me - gross & demeaning. Usually at no other time is it at worst give both & return when done. Def had nothing else to make me uncomfortable, so that and, I pointed out to ct. I could keep tooth equipt. but not Pen. so they took & made worse than any other suicide I/m! Why? Then on 1-16-21 (Sun?) clinician meddford (staff have complained about her conduct - space (unit here) told cpl martamack I can only brush my teeth once per shift - only two shifts now, due to covid. He and other staff state they have never seen

1 of 2 (Front/Back)

any of these two modifications. On 1-15-21 comming back from the shower a Flex pen was found in my shower/cell Rubbo safety shoes (First, I am qualified to testify as an expert in the science of Prison time, previously est. I have never seen above or below modifications). So my shoes were taken. They used that for "justification" to take my cell shoes. (Not this pen that was in my ass, dont leave cell w/o it there). Neither I nor various staff I've talked to has ever seen anyone, ever, years and years between us all, lose the clothing contraband was (yeah, a Flex pen is contraband, wasnt...) was concealed in. I'm a first. Why? So now I'm in a 64° (Temp taken 1-15- been 64°-66° since oct.) strip cell having to walk - don't much now - without clothes, on a cold, dirty, hard floor. Answer: They have run out of things to take (also, yesterday no more "keep cell spork, took that 6 month argument - today no longer "safe" to poss.) to make me uncomfortable - to also drop my demand for treatment - not just say I'm not suicidal. (Put in extreme conditions until confess, no not suicidal!) It's come down to make it almost impossible to brush teeth. I should be allowed to impeach, like Dr Campbell's claims of an expert & knows how unsafe & destructs to possess legal materials. How does it help to make a person who is suicidal so uncomfortable and frustrated, to now confine him with rotting mouth, cant leave bunk, Id. security and Dr campbell's credibity can be challenged. Dr needs to be confronted about abnormal conditions, I can prove he/security only applied to me. Also, I have been in a cell for 24 hours a day for over 6 months in a super bright lit cell. I have several (Dozens) staff who tell me they will testify they do not need the cell so bright to check in on me to see if I am hanging myself (any activity). Dr campbell should be challenged on above and priors (as well as clinical staff, Ed, Anor, and lets ask why they gave me a pen and paper (and every other non acute on watch Patient) but now after court filings say its unsafe) (left hand didnt know what Right hand...) And ask him why if staff all say they can monitor me by a fraction brightness... And he has undoubtedly had training in effects - sensory dep. of any 24/7 cell light, little lone this search light never goes out. How does this torture help... legit... Point, if these other things are contrary, counter to the professional norms, common sense, then also in question the access to courts restrictions. Let me pls. call witnesses, produce documents, etc. Given the situation I'm in and the seriousness of it An Attorney should be appointed. Respectfully, Kent Will 1-18-21 (6mo! Law pen, (illegally) papers, papers, papers. Danger? Just cant have Kent William legally and necessary legal papers! Hard case Justify!

2 of 2