# EXHIBIT 1



# 105 Incident Notification Report

Date of Incident: 2/13/2021     Time of Incident: 06:57
Correctional Facility: Idaho State Correctional Center
Submitted by: Vernon Greenland II
Reference ID:   832061

**Location of the Incident:**
Location (building/unit, etc):   A-Block Cell 7
**Type of Incident:**
Use of Force: Physical - Planned
**Individuals Involved:**
Offenders ( IDOC#   First Last )

   119473  Kent Williams

Staff ( Associate#   First Last )

   B996  Quentin Jackson

   E088  Nicholas Parsons

   A901  Joseph Janoushek

   D097  Steven Garcia

   D600  Jessee Emerson

   A949  Alec Woods

   1481  Jason Reeve

   B528  Brian Shjerve

   8287  Vernon Greenland Ii

**Brief Summary of Incident and Action Taken:**
Inmate Williams, Kent #119473 covered his Utility Port and door with urine and feces.  I, Lt. Vernon Greenland #8287 attempted to speak with Inmate Williams to gain compliance.  I explained that staff could not transfer food through his Utility port while it was covered in urine.  Inmate Williams stated that was a problem, that the Utility port was caked in feces and he was not going to remove it.  He again request to be given his meal.  I explained that he needed to remove the feces and clean his area prior to this.  Inmate Williams stated that is gross I am not going to clean that.  I explained that Inmate Williams would have to be removed from his cell and it would have to be cleaned prior.

Due to Inmate Williams current behavior and prior threats toward staff a planned action was initiated.

Inmate Williams was compliant with staff's directions and was escorted to the showers, his cell was cleaned.

Due to prior unpredictable behavior a controlled release was conducted.

Medical CMS Parson, Nicholas #E088 conducted a medical follow up.  Inmate reported no injuries.

Inmate Williams requested to speak with a clinician, Clinician Quentin, Jackson #B996 conducted the follow up.

**Emergency Services:**
:
**Facility/District Duty Officer Notification:** Called
**Medical Check completed:** Yes
**Injuries:** No



# 105 Incident Notification Report

Date of Incident: 2/13/2021            Time of Incident: 16:10
Correctional Facility: Idaho State Correctional Center
Submitted by: Vernon Greenland II
Reference ID:  832196

**Location of the Incident:**
Location (building/unit, etc):  A-Block
**Type of Incident:**
Use of Force: Physical - Planned
**Individuals Involved:**
Offenders ( IDOC#   First Last )

   119473  Kent Williams

Staff ( Associate#   First Last )

   E382  Alanna Vesser

   A901  Joseph Janoushek

   D097  Steven Garcia

   A949  Alec Woods

   1481  Jason Reeve

   B528  Brian Shjerve

   B297  William Radzyminski

   8287  Vernon Greenland Ii

**Brief Summary of Incident and Action Taken:**
Inmate Williams, Kent #119473 had urinated on his door and utility port.  I, Lt. Greenland, Vernon #8287, met with Inmate Williams to discuss his behavior. I asked why he was doing this.  Inmate Williams stated that he is tired of all of this, he then began to talk about the last 7 months of being on Suicide, light being on for the last 7 months with no relief. Then Inmate Williams stated that the was given a toothbrush that is he cannot use.  Inmate Williams stated that he will continue to do this twice a day until he is released form these conditions.  I attempted to explain that he will need to work with mental health.  Inmate Williams stated that he will continue to make us enter and clean his cell twice a day for the foreseeable future.  I explained that Inmate Williams would have to be removed from his cell and it would have to be cleaned prior to the dinner meal.

Due to Inmate Williams current behavior and prior threats toward staff a planned action was initiated.

Inmate Williams was compliant with staff's directions and was escorted away from his cell, his cell was cleaned. His dinner was placed in his cell.

Due to prior unpredictable behavior a controlled release was conducted. During the controlled release Inmate Williams became uncompliant and the team had to reengage to gain compliance. Pressure points and joint manipulation was required to gain compliance.

Medical RN Vesser, Alanna #E382 attempted conducted a medical follow up. Inmate laid on the floor and did not communicate with the medical staff.

**Emergency Services:**
:
**Facility/District Duty Officer Notification:** Called
**Medical Check completed:** Yes
**Injuries:** No



# 105 Incident Notification Report

Date of Incident: 2/17/2021                                   Time of Incident: 07:42
Correctional Facility: Idaho State Correctional Center
Submitted by: Vernon Greenland II
Reference ID:   834656

**Location of the Incident:**
Location (building/unit, etc):  A-block Cell 7
**Type of Incident:**
Use of Force: Physical - Planned
**Individuals Involved:**
Offenders ( IDOC#   First Last )

   119473  Kent Williams

Staff ( Associate#   First Last )

   A901  Joseph Janoushek

   8287  Vernon Greenland Ii

   D786  Jessica Armstrong

   D574  Michelle Mefford

   D546  Austin Edmonds

   C969  Aaron Reese

   9629  Jared Flowers

   A968  Michael Myers

   2214  Daniel Burton

   A267  Donald Thompson

   A577  Jon Roberts

**Brief Summary of Incident and Action Taken:**
Inmate Williams, Kent #119473 has covered his door, window, utility port and floor with feces.  Inmate is requesting his cell cleaned and his breakfast.  Due to Inmate Williams current status he is not allowed cleaning supplies.  Inmate is refusing his food to be placed on the floor due to the fact there is feces.  To facilitate the cleaning of his cell and providing him his meal. Lt. Greenland, Vernon #8287 explained to him the process.  Inmate Williams stated that he understood.

Due to Inmate Williams prior behavior and threats towards staff a planned action was initiated with a controlled release back into his cell after it has been cleaned and his meal placed inside.

Medical conducted a follow-up.

Mental Health attempted to complete follow up.

**Emergency Services:**
:
**Facility/District Duty Officer Notification:** Not Called
**Medical Check completed:** No
**Injuries:** No



# 105 Incident Notification Report

Date of Incident: 2/19/2021  Time of Incident: 07:02
Correctional Facility: Idaho State Correctional Center
Submitted by: Vernon Greenland II
Reference ID: 836667

**Location of the Incident:**
Location (building/unit, etc): A-Block Cell 7
**Type of Incident:**
Use of Force: Chemical Agents - Planned
**Individuals Involved:**
Offenders ( IDOC#   First Last )

   119473  Kent Williams

Staff ( Associate#   First Last )

   A901  Joseph Janoushek

   8287  Vernon Greenland Ii

   E055  Ben Ferro

   D097  Steven Garcia

   A949  Alec Woods

   1481  Jason Reeve

   9629  Jared Flowers

   B528  Brian Shjerve

**Brief Summary of Incident and Action Taken:**
Inmate Williams, Kent #119473 has coved his door, window, utility port and floor with feces. Inmate is requesting his cell cleaned and his breakfast. Due to Inmate Williams current status he is not allowed cleaning supplies. Inmate is refusing his food to be placed on the floor due to the fact there is feces. Inmate Williams is currently under an Operation Order and is refusing to comply with orders from staff. Due to Inmate Williams current behavior and prior threats toward staff a planned action was initiated.

Inmate Williams continued to refuse to follow the Operational Order. The Planned Action Team deployed a 1 second burst of Oleoresin Capsicum from a Mark 9. Inmate Williams then complied with directions from staff.

Inmate Williams was decontaminated, and his cell was cleaned for him.  Due to prior unpredictable behavior a controlled release was conducted.

Medical CMS Ferro, Benjamin #E055 conducted a medical follow up.

**Emergency Services:**
:
**Facility/District Duty Officer Notification:** Not Called
**Medical Check completed:** Yes
**Injuries:** No