Kent Williams
United States Court
Idaho

Case No: 1:20-CV-08-REB
Date: 2/22/21
Document Title: Emergency TRO Injunction
Total Pages: 1
Inmate Name: Williams, Kent
Inmate IDOC#: 119473
Inmate Initials Verifying Page Count: ___
Document(s) 2 of 3

Kent Williams
Plaintiff
v
McKay, et al,
Defendants

1:20-CV-08-REB

Emergency TRO / Injunction

---

Again written on paper sack and photo-copied to E-File. As on going retaliation for filing suit and E-TRO defendants have placed me on a special meal modification that is almost entirely unedible. Items specially made — nutraloaf once and some other contraptions not on reg menu. It has forced me to have to refuse to take meals. My body is already wasted. That since March 2020 I have gone 31 consecutive days w/o any food, almost died. Since July 10, 2020 I have gone 17 skip a day and 14 consec days w/o food. Life and death. Mental health and warden are my access to courts gate keeper will not let litigate this E-TRO

Kent W. 2-19-21