Kent Williams

US District Court
Idaho

Case No: 1:20-CV-00008-REB
Date: 2/22/21
Document Title: Motion
Total Pages: 1    Inmate Initials Verifying Page Count: ___
Document(s) 1 of 3

Inmate Name: Williams, Kent
Inmate IDOC#: 119473

Kent Williams,
    Plaintiff
v.
McKay, et al.,
    Defendants.

1:20-CV-000008-REB

MOTION

After I again notified court of Retalitory limits on toothbrush they then took ALL access to one. Can not brush teeth. Reccently they put me on "Finger Food" = nutraloaf at times! Retalitory. That resulted in food in wax paper and paper bag. Using it to write on with last contrabant pen almost out. Paralegal will copy this to leg paper & E-File. Before ruling on TRO PLEASE, I BEG court allow me due process! In cell writing paper - one last declaration argument AFTER. Please, serve me with DKT 28 to present! I have to know what I said And Defendants! I must be allowed to reply - Dispute! Request evidentiary hearing & Prepare. Need order. 20 pieces of writing paper to exchange (allways 20) and pen and pleadings. Def violated previous order, took DKT 29, 32, 33 (all) - Please order to be served 28 - present, paper pen! Due Process! Kent Wil— 2-18-21