Kent Williams
119473-ISCC

United States Court
Idaho

Case No: 1:20-CV-08-REB
Date: 2/22/21
Document Title: Motion
Total Pages: 1
Document(s) 3 of 3
Inmate Name: Williams, Kent
Inmate IDOC#: 119473

Kent Williams,
Plaintiff
v.
McKay, et al
Defendants

① 1:20-CV-08-REB
motion

Last paper sack. I no longer eat (would like to sue Dr Campbell, but unfortunately he is my access to courts gate keeper and, well its a problem, big problem, I, well its unfortunate for me but not for him (others))

To disregard, don't consider any (they even took DKT 29, 32 from me) pleading filed by Def's since they (my access to sue them gate keepers) wont let me have them (can they copy to paper bag paper or wax paper or T.P. or all other non legal papers I've been allowed - 100's? thats the safe paper, or pen only used to do mental health worksheets - safe pen - that paper doesn't "distract" from purpose of suicide watch - whatever that is!) This would be unjust not to know or reply to and totally to do violative of D.P. thankyou *Kent Willi* 2-21-21
Kent Williams