Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com

Pro Bono Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| KENT WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATE WARDEN McKAY et al.,<br><br>    Defendants. | Case No. 1:20-cv-00008-REB<br><br>**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

  The Court appointed limited pro bono counsel to assist Idaho prisoner Kent Williams with an access to courts issue that has developed since he filed his original Complaint. With the assistance of counsel, Williams attempted to resolve the matter at a settlement conference on February 18, but was unsuccessful.

  On March 5, counsel visited Williams at his cell at IMSI. Counsel is seriously concerned about Williams's declining mental and physical health. He therefore seeks a

1

temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure to stabilize the situation so that the Court can then take up the access to courts issue. This motion is supported by the attached Memorandum and Declaration of Counsel.

Specifically, Plaintiff moves this Court to order IDOC defendants to immediately: (1) give Williams the same food that general population inmates receive at IMSI and under the same conditions that they receive it (in cell, same quantity of food, not otherwise tampered with or cut, all wrappers intact, and with plastic utensils); (2) house him in a cell that has soap, hot water, and a functioning toilet that can be flushed by the inmate; and (3) provide him with the same standard-issue toothbrush, with standard sized bristles, that general population inmates at IMSI receive; and (4) any other relief the Court deems necessary and proper. Counsel corresponded opposing counsel and asked him whether the defendants would voluntarily agree to do these things. They have declined.

This relief would satisfy the needs-narrowness-intrusiveness standard of the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(l)(A), in that it is narrowly drawn, extends no further than necessary to correct the violation of the federal right, and is the least intrusive means necessary to correct the violation of the federal right.

Submitted on this 9th day of March 2021.

/s/Craig H. Durham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Michael J. Elia
    mje@melawfirm.net
    Attorney for IDOC Defendants

                              /s/Craig H. Durham