Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com

Pro Bono Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| KENT WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>ASSOCIATE WARDEN McKAY et al.,<br><br>        Defendants. | Case No. 1:20-cv-00008-REB<br><br>**STIPULATION OF THE PARTIES RE: EXPEDITED MOTION TO APPOINT RULE 706 EXPERT** |

The parties stipulate as follows:

1. The parties agree that Dr. Craig Beaver is an appropriate mental health professional to serve as a neutral expert to assist the factfinder under Rule 706 of the Federal Rules of Evidence.

2.      Dr. Beaver has agreed to accept the appointment. He visited Mr. Williams on April 1, 2021, and had a productive session. He has since completed a report, which is filed separately, as Exhibit A, under seal because it contains medical information.

3.      The parties therefore stipulate that the Court should appoint Dr. Craig Beaver as the Rule 706 expert. They further stipulate that Dr. Beaver shall be compensated as follows: Mr. Williams shall pay out of his trust account $100; the Court's pro bono fund shall pay $500; and that Defendants shall pay the remainder of the fee.

| | |
|---|---|
| Dated: April 9, 2021 | Dated: April 9, 2021 |
| /s/Craig H. Durham | /s/Michael Elia |
| Attorney for Mr. Williams | Attorney for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Michael J. Elia

    mje@melawfirm.net

    Attorney for IDOC Defendants

                                                   /s/Craig H. Durham