Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com

Pro Bono Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| KENT WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>ASSOCIATE WARDEN McKAY et al.,<br><br>        Defendants. | Case No. 1:20-cv-00008-REB<br><br>**MOTION TO SEAL** |

    Plaintiff Kent Williams moves this Court to retain Exhibit A to the Stipulation of the Parties (Dkt. 94) under seal as it contains confidential medical and mental health information.

    Dated this 9th day of April, 2021.

                                                                                     /s/*Craig H. Durham*
                                                                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Michael J. Elia

mje@melawfirm.net

Attorney for IDOC Defendants

/s/Craig H. Durham