Court filing Record

Court: US District Court Idaho

Date: 05/10/21

Case No.: 20-00008

Inmate Name: Williams, Kent

Inmate No.: 119473

Document Title: Status

Total Pages 3

Inmate Verification of page count signature:_Filed without inmate review___

Document __1_ of _1_

Kent Williams
119473-ZMS7
PO Box 51
Boise Idaho 83707

United States District Court
District of Idaho

| Kent Williams, Plaintiff, | NO. 1:20-cv-00008-REB |
| --- | --- |
| v. | STATUS |
| Ass. Warden McKay, etal., Defendants | |

Judge Bush:

I have talked to mr Durham. He relayed your understandable desire to clean up the Docket (my wording). As much as I'd like mr Durham to stay on and clean up some very lose ends, I think he can be dismissed, take on some paying customers.

I've been given access to pen and paper, 3 boxes of legal papers, must Rotate excess. And it appears Im

status - 1

getting legal mail. It all can be taken instantly. I ask that the Injunction be immediately granted and go from there. Clean slate. Alow me to always be able to contact the courts.

I need to go over, sort, mentally itemize what I have and what I need (3 boxes, about 1/2 of what I have) The Paralegal is working diligently on that.

I still need my Reading glasses (I argue its a part of "meaningful"). There are some problems, a lot of which this court cant help with - The legal Prejudice, of my cases.

I can motion as needed from here. There are some evident issues. As stated in the Injunction: The Legal mail. This is a big Problem. BZG.

---

① who and why some one finally decided to step in and take control of the clinical and ad-min staff is unknow, but while in medical "on watch" I was given one box of legal papers and limited access (4-23-21) However, to save face, the clinicians then a couple of days later, after 10 months, decided to take me off watch, despite days earlier down grading me from close obs to non acute, and me still being suicidal. (They did the same -save face- in July. I went 17 days w/o eating due to the nasty meal modification. Clinicians wouldnt take it off so the warden ordered it stopped. Instead clinicians took me off watch so as not to take off the meal modification, where upon I almost hung myself & put back on, till now! Im in seg, self policing what I let status - 2 in the cell, no noose material ---

And curiously. There is no legal mail (what wasn't returned, lost or destroyed), Personal letters, institutional mail in my property — I've been told I've gotten all that — from September 14, 2020, Date seen on a concern form.

I had sent out approx 3 concern forms a day from September 14 to February 23, 2021, when I left ISCC. I filed many grievances as well, all documenting this unpresidented situation (a lot of disturbing things went on and for a long time) I see none of those 3-4 hundred concern forms or the grievances, no legal mail supposedly sent to "property" during that time span (a little from un to sept. and some from ZMSZ) the grievances and concern forms were read to me at the cell (I usually could not read w/o glasses & the blurry window) and taken away. I do need to get those and/or copies of the original — which copy is clearer. I need for future litigation and plan on asking for an evidentiary hearing for sanctions.

*concern forms*

And I've talked to Paralegals Altig, who took possession of that "Big box" from the bar, and mr wheiler. They can not locate that box (Arrived at ISCC in october — after sept 14th) It is crucial for my Habeas-criminal.

Can the court help with any of this? locating the above, as well as, again, no personal letters (1st Amendment) from same time period. The legal mail specifics are requested in the Injunction. That is an Emergency. Thank you Kent W

May 10, 2021   Kent Williams

status - 3