Court filing Record

Court:        US District Court Idaho

Date:         05/25/2021

Case No.:     20-00008

Inmate Name:     Williams, Kent

Inmate No.:      119473

Document Title:   Motion to reconsider courts May 19, 2021 order relative to injunctive motions evidentiary hearing request

Total Pages 6

Inmate Verification of page count signature:_Filed without inmate review___

Document _1__ of _1_

Kent Williams
119473-IMSI
PO Box 51
Boise Idaho 83707

United States District Court
District of Idaho

Kent Williams,
　　Plaintiff,

　　　✓

Ass. Warden McKay,
etal, Defendants.

No. 1:20-cv-00008-REB

Motion to Reconsider courts
may 19th, 2021 (112 or 113) order
related to Injunctive motions;
Evidentiary Hearing Requested

Kent Williams, Plaintiff, asks the court to reconsider its order related to his Injunctive motions related to access to courts. (order page 18, prong #6 was dismissed without prejudice).

Williams feels that the courts remedy is completely unrealistic and unreasonable: Use of an inmate to take dictation and take responsibility of his legal documents and to allow/have staff read his legal documents, AT all, AT Any time, and over the tier for all to hear.

Reconsider - 1

the court ignored facts or if facts were in dispute williams should have been afforded an evidentiary hearing.①

Williams is entitled to meaningful access, Perpetual motions for extentions of time, especially on his criminal appeals is not meaningful. the courts remedy also chills his right to represent himself. Williams was trying desperately, before July 11, 2020, to dismiss his court appointed attorney on his post conviction. the actions of the Defendants prevented that, and has forced a P.D. for his appeal of that dismissal, which was automatically appointed. Defendants have prevented communication with said attorney, nor can he dismiss the PD because the actions (now condoned) and ability of the defendants can prevent me from prosecuting my appeals. If I have no atty then IDOC may -will- prevent me from not Defaulting. Unless it is ordered or understood, williams must have the ability at all times to prepare and file meaningful, or at all, writs he can not represent himself.

Williams offered evidence through Declorations and has sworn to the existence of evidence (grievances, concern forms and operations orders) that prove that the Defendants (and/or Mental health) did not ever "believe" (courts word) paper and pen were a threat. Quite the opposite! Extreme emphisis

① There was no consideration of the motives or sincerity of the defendants claims and arguments.

Reconsider-2

how does the court reconcile its opinion with the fact that the defendants did not, FACT-cited Facts, believe Williams, ("who might find a way to harm themselves"-①) was a candidate to eye gouge himself or - what was the hypothetical? eat paper in large amounts; could upset a stomache? or that paper was not a threat? notwithstanding the fact (I still have not seen all the filings of the Defendants) the defendants simply did not explain a threat, articulable and related to Williams, for a Pen and Paper, their actions would be completely counter to that claim. see the Declarations. they allowed large stacks of paper and pens. If this is indispute an evidentiary hearing should be held.

The logistics - described already - and confidentiality of an Inmate scribe render that a no option. And It could be argued under Lewis legal services would be required, and in a private setting. Williams would at least ask the court to at least set guide lines on the, with all due respect, absurd order of an inmate scribe or "companion". (big problems with them. They hate me. recently one put urine out side my cell and told staff I urinated out side of my door. one good time for the incell camera. No action was taken. Also see stewart case, dismissed. That is a walking HIPAA violation and a lot worse, its causing violence. I also completely dispute the uncited allegation I clogged a

① Thats a rather liberal standard and rather ambiguous. IDOC can say any one "might". It should be a realistic consideration supported by facts

Reconsider-3

toilet or ever misused paper on or off of watch. And I was 90% [at least no more and only past 40 days!] of the time on "close ops", not "acute" – The court did not repeat any of the attorneys false facts however. Thank you). Williams must have before him papers, especially if he were forced to dictate. And certainly the court does not think it appropriate to do it standing up and over a tier? Please set boundries if the court does not accept the fact Defendants do not, never did, believe papers and pen is a threat.

We are not dealing with honest actors, they do not believe what they have told the court.

Its hard to imagine how a Pen and Paper could be a safety issue – life and death, should be the only limited compelling interest in _temporarily_ suspending ones access to courts. It has not been remotely found for mr Williams.

The court has ignored the fact that the defendants, mckay, et al AND Dr campbells crew intended Williams does not get word out to the outside world.

A scribe is not warrented under the facts before the court. And its shocking to the conscience that the court finds it acceptable (hard to imagine any scenario) for a guard to read (And over the tier!) his legal mail to him. Williams asks the court to re-evaluate that and if it finds that the Defendants actually do – ever did – believe (and please state its factual conclusions, none were offered) paper was/is a threat – _legitimate_ – then come up with an alternative. And is mr williams then supose to memorize his read

Reconsider – 4

to mail.

Williams believes the courts reading of Lewis, et al, was too narrow and put the prisons made up, disingenuous interests inappropriately above his. And Harm is beyond established
  Its manifested already and impossible not to get worse.

Had the defendants had their way and were more competent, No, Judge, Williams could not have filed a law suit over this. Williams had brought that up earlier And McKay told Paralegal Altig not to assist in getting an E-TRO out of the prison. They can now stop Williams from filing a suit.

Williams has in his possession simply obsurd concern forms. like (only one example, an evidentiary hearing is required and one is also requested) he asked why 9 feet of wax paper - the meal modification at ISCC - and a big paper sack it comes in is safe but a single piece of paper to write a cost was not. He had been pointing out in dozens of cf's that its been assessed all sorts of things; underware, Pen, mental health paper, move to A-unit from medical etc but cant be assessed for legal ~~pappers~~ Papers, etc. Answer to the Food Paper from LT Maddox:
  Very ® small amount of Paper was determined to be safe by clinical staff. Not countless amount.
  _____

② No, it was 9 feet. I specifically had Y/o's log this! and I could save up for days the paper. I told Judge Dale I had it in cell, "Should I get it in testimony now?

Reconsider - 5

has mr williams not profered enough evidence to require an evidentiary hearing? Did the court find the defendants claims sincere or true? Can I present evidence?

The E-TRO may be moot. Not the motion for injunctive Relief: that it can not be taken. ②

thank you,   *Kent W[illiams]*   may 25, 2021
Kent Williams

conclusion, though objected to if dictation is deemed the way guide lines must be set, sitting down before/with the "scribe" with papers between us and I can visulize, see whats being written for consistency and flow of thought. If staff are to read legal mail to me it be done in private and the reader with ear plugs so he cant hear what hes saying and I be given up to a year per page to memorize it. expressing a desire to die, based on no access and other insane actions of staff do no warrent such impediments and frustrations to my right to access courts and challenge in court their actions of doing it! I do thank the court for accepting all my pleadings, listening to me and for mr Durham, however.

② And goodness Judge, Im giving responsibility of my legal papers to an inmate who'll be responsible to give them to prison staff? Please reconsider, my right is more fundamental than the courts opinion reflects

Reconsider - 6